1474

**92–1971.** In re Emerson. Pursuant to Gov.Bar R. I(8)(H), the order to show cause why the license of John Waldo Emerson, Attorney Registration No. 0043600, should not be revoked is dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1972.** In re Kushner. Pursuant to Gov.Bar R. I(8)(H), Philip Seth Kushner, Attorney Registration No. 0043858, is granted a sixty-day extension to permit him to complete the process for attaining active status. If he has not attained active status on or before the sixtieth day, his license shall be revoked.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1973.** In re Loren. Pursuant to Gov.Bar R. I(8)(H), the license of Steven Leonard Loren, Attorney Registration No. 0043993, is revoked. See *In re Chavez* (1991), 62 Ohio St.3d 1459, 580 N.E.2d 440, and *In re Finesmith* (1991), 62 Ohio St.3d 1460, 580 N.E.2d 441.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*Friday, December 18, 1992*

## MERIT DOCKET

**92–2004.** State v. Hayden. *Montgomery County*, No. CA 12220. On motion to dismiss without prejudice. *Sua sponte*, cause and notice of appeal dismissed with prejudice.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–2232.** Nichols v. Ohio Unemp. Comp. Bd. of Review. *Scioto County*, No. 1985. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents.

On motion for leave to file notice of appeal instanter. Motion denied.

H. BROWN, J., dissents.